IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Innovation Ridge Partners, L.P.,     :
Regional Industrial Development     :
Authority     :
    :
    :
          v.     :   No. 30 C.D. 2023
    :
Marshall Township Board     :
of Supervisors     :
    :
Appeal of: Innovation Center     :
Associates, LP     :

**PER CURIAM**                 **O R D E R**

NOW, September 6, 2023, having considered Appellees' application for reargument and Appellant's answer in response thereto, the application is DENIED.